# First District Court of Appeal
## State of Florida

_____

No. 1D2024-2397
_____

CHARLES E. PITTS,

Appellant,

v.

ROSE MARIE BELL PITTS,

Appellee.

_____

On appeal from the Circuit Court for Levy County.
Craig Constantine DeThomasis, Judge.


January 22, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Charles E. Pitts, pro se, Appellant.

Matthew Frey of Campione & Hackney, P.A., Tavares, for Appellee.